**Blanda Douglas v. Bright Horizons Children's Centers LLC, and Bright Horizons Children's Centers, Inc.**

| Date | Hours - Louis Ginsberg, Esq. | Hours - Matthew Cohen, Esq. | Description Of Work |
|---|---|---|---|
| 7/21/2015 | | 1 | Draft Initial Disclosures; Telephone Conference B. Douglas re: same |
| 7/28/2015 | | 1 | Revise Initial Disclosures; E-mail Initial Disclosures to defense counsel |
| 8/11/2015 | | 2 | Draft Joint Motion For Approval Of Settlement |
| 8/12/2015 | 1.8 | | Reviewed draft Settlement Agreement; reviewed Court's Order; e-mails re: same; telephone conference M. Cohen re: same |
| 8/12/2015 | | 1 | Revise Joint Motion For Approval Of Settlement |
| 8/13/2015 | 0.5 | | Reviewed and revised Joint Motion |
| 8/13/2015 | | 0.2 | Prepare Settlement Agreement, W-4 Form, and W-9 Form for signing |
| 8/14/2015 | | 4 | Meet with B. Douglas to sign Settlement Agreement, W-4 Form, W-9 Form, and related travel; drafted e-mail to B. Gross, J. Woltz, and L. Ginsberg re: Settlement Agreement; reviewed e-mail B. Gross re: same |
| 8/18/2015 | 0.8 | | Prepared for Court Conference |
| 8/19/2015 | | 0.1 | Draft e-mail B. Douglas re: Settlement Agreement |
| 8/19/2015 | 3.5 | | Represented Plaintiff at Court Conference and related travel |
| 8/20/2015 | | 0.1 | Review e-mail B. Douglas re: Settlement Checks |
| 8/20/2015 | | 1.3 | Drafted legal section regarding reasonableness of settlement and attorney's fees |
| 10/8/2015 | 0.8 | | Reviewed file in preparation for Court telephone conference. Telephone Conference with opposing counsel and the Court re: settlement agreement |
| 10/8/2015 | 1 | | Reviewed and revised legal section re: approval of settlement and attorney's fees/disbursements |
| **Total Hours:** | **8.4** | **10.7** | |

| | | |
|---|---|---|
| LG Hours: | | 8.4 |
| LG Hourly Rate: | $ | 650 |
| Total LG: | $ | 5,460.00 |
| | | |
| MC Hours: | | 10.7 |
| MC Hourly Rate: | $ | 375 |
| Total MC: | $ | 4,012.50 |
| | | |
| **Total Lodestar =** | **$** | **9,472.50** |