UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12-10-15

| | |
|---|---|
| BIANCKA DOUGLAS, on behalf of herself and all other similarly situated employees,<br><br>Plaintiff,<br><br>-against-<br><br>BRIGHT HORIZONS CHILDREN'S CENTERS LLC and BRIGHT HORIZONS CHILDREN'S CENTERS, INC.,<br><br>Defendants. | Case No. 15 CV 2486 (ALC)(JLC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiff Biancka Douglas ("Plaintiff") endeavors to voluntarily withdraw her claims and dismiss this action with prejudice as against Defendants Bright Horizons Children's Centers LLC and Bright Horizons Children's Centers, Inc.[2] ("Defendants" and, together with Plaintiff, the "Parties") and Defendants consent to such withdrawal;

WHERAS, there exists a bona fide dispute between the Parties related to claimed wages and overtime owed to the Plaintiff; and the Parties have agreed to a fair and reasonable resolution of all claims in the Plaintiff's Complaint;

IT IS STIPULATED AND AGREED, by and between the attorneys for the respective parties herein that the above-captioned action be dismissed with prejudice, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure without any costs or attorneys' fees, except as otherwise provided for in the Agreement between the parties.

LOUIS GINSBERG LAW OFFICES, P.C.

By: _____
Louis Ginsberg, Esq.
Drew Jordan, Esq.
1613 Northern Blvd
Roslyn, NY 11576
Tel: (516) 625-0105
*Attorneys for Plaintiff*

LITTLER MENDELSON, P.C.

By: _____
Barbara A. Gross, Esq.
Jennie Woltz, Esq.
900 Third Avenue
New York, New York 10022-3298
Tel: (212) 471-4486
*Attorneys for Defendants*

SO ORDERED: _____
U.S.D.J.

12-10-15

---

[2] Bright Horizons Children's Centers, Inc. is not an existing entity and is incorrectly named in this lawsuit.